In the Matter of the Transfer Tax upon the Estate of CHARLES C. TIFFANY, Deceased.

CHARLES P. HOWLAND et al., as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Tiffany*, 143 App. Div. 327, affirmed.
(Argued April 25, 1911; decided May 9, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 10, 1911, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Charles C. Tiffany, deceased.

*Charles P. Howland* and *William Roberts* for appellants.

*Henry A. Miller* and *John S. Jenkins* for respondent.

Order affirmed, with costs, on opinion of McLAUGHLIN, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: GRAY, J.